New Orleans *vs.* Adler.   Same *vs.* Marx.

*Livaudais* for Plaintiff.   *Michel* for Defendant Appellant.

No. 5450.

No. 6400.

NEW ORLEANS VS. EDWARD ADLER.   SAME VS. ALPHONSE MARX.

MANNING, C. J.   The defendants refused to pay a license as keepers of junk stores, alleging the unconstitutionality of the tax for

the same reasons as were set up in New Orleans *v.* Kaufman, 29 La. Ann. 283, which decision was applied.

*Decreed accordingly.*